IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ANDREA MIHELIC, INDIVIDUALLY;
MOST VALUABLE PERSONNEL, LLC;
AND UNKNOWN PLAINTIFFS SIMILARLY
SITUATED, JOHN DOES 1-10                                               PLAINTIFFS

V.                                         CIVIL ACTION NO. 3:16CV00097-NBB-JMV

CLAY AND LAND INSURANCE, INC.;
CLAY AND WRIGHT INSURANCE, INC.;
LOUIS G. CLAY, JR., INDIVIDUALLY;
JO BETH GLASSCO, INDIVIDUALLY;
DEBBIE McNEAL, INDIVIDUALLY; AND
JOHN DOES 1-10                                                        DEFENDANTS

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendants' motions to dismiss for failure to state a claim [Doc. 7, 8, 9, 10, 11] are **GRANTED**, and this case is dismissed with prejudice.

This, the 30th day of March, 2017.

/s/ Neal Biggers
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**